LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, N.Y. 10022
(917) 669-6991
TucekLaw@Gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2025

June 9, 2025

<u>VIA ECF</u>
Hon. Mary Kay Vyskocil
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re: *Adams v. The Soiree Tea Co.* / 25-cv-00912

Dear Judge Vyskocil:

I represent Plaintiff in the above-referenced matter. I write this request with the consent of the defendants to request s one-week extension of time to file Plaintiff's Amended Complaint. (*see* Docket No. 16). Since the date for Defendants to file their motion to dismiss will be affected, the Parties also request that Defendants be given an additional week to file their motion. I unexpectedly needed to attend to an urgent personal matter in Florida last week and was unable to obtain the Affidavit from my client which I believe will be necessary to clearly set out the claims in this case and address Defendants' concerns.

Plaintiff respectfully requests that the date to file the Amended Complaint and Defendants' motion to dismiss be extended by one week. Thank you.

Respectfully submitted,
/s/Jennifer E. Tucek
Jennifer E. Tucek

**GRANTED. Plaintiff must file the contemplated amended complaint on or before June 17, 2025.  Defendants shall response within 14 days. If Defendants respond with a motion to dismiss, further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).**

**SO ORDERED.**

Date: 6/10/2025
New York, New York

Mary Kay Vyskocil
United States District Judge