USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2025

LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, N.Y. 10022
(917) 669-6991
TucekLaw@Gmail.com

July 7, 2025

VIA ECF
Hon. Mary Kay Vyskocil
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re: *Adams v. The Soiree Tea Co.* / 25-cv-00912

Dear Judge Vyskocil:

    I represent Plaintiff in the above-referenced matter. I write this request with the consent of the defendants to request a one-week extension of time to file Plaintiff's Opposition to Defendants' Motion to Dismiss filed on June 30, 2025. (DE 21). I am on vacation and will not return until July 12, 2025.

    Plaintiff respectfully requests a one-week extension of time to file his opposition. Thank you.

Respectfully submitted,
/s/Jennifer E. Tucek
Jennifer E. Tucek

---

**Granted. SO ORDERED.**

Date: 7/8/2025
New York, New York

Mary Kay Vyskocil
United States District Judge