UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA ADAMS,

Plaintiff,

-against-

796-798 NINTH SUCCESSOR LLC AND THE SOIREE TEA CO LLC.,

Defendants.

25 CIVIL 0912 (MKV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 22, 2026, the Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED, and the Second Amended Complaint is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
September 25, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**